# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**<br><br>        Plaintiffs, Counterclaim Defendants,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br><br>        Defendants, Counterclaim Plaintiffs. | **CIVIL ACTION NO. 6:12-cv-895-LED**<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC and Samsung Telecommunications America, LLP[1] ("Samsung"), each acting through their duly authorized undersigned counsel of record, announce to the Court that they have reached a settlement that resolves all claims, counterclaims, and defenses asserted by any party to this case. The parties hereby jointly move that all claims and counterclaims by Ericsson against Samsung in this action and all claims and counterclaims by Samsung against Ericsson in this action be hereby dismissed without prejudice, and that the Court enter the accompanying order. Each party shall bear its own costs, expenses and attorneys' fees with respect to these claims and counterclaims.

---

[1] Samsung Telecommunications America, LLP, although a non-existent entity, was inadvertently named in some early pleadings instead of Samsung Telecommunications America, LLC. Consequently, it is included for completeness and to the extent there are any claims or counterclaims by or against this entity in this action.

McKool 961404

Dated: January 28, 2014

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: */s/ Theodore Stevenson, III*  
    Mike McKool, Jr.  
    Texas State Bar No. 13732100  
    mmckool@mckoolsmith.com  
    Douglas A. Cawley  
    Texas State Bar No. 04035500  
    dcawley@mckoolsmith.com  
    Theodore Stevenson, III  
    Texas State Bar No. 19196650  
    tstevenson@mckoolsmith.com  
    300 Crescent Court, Suite 1500  
    Dallas, Texas 75201  
    Telephone: (214) 978-4000  
    Telecopier: (214) 978-4044  

    Sam Baxter  
    Texas State Bar No. 01938000  
    sbaxter@mckoolsmith.com  
    P.O. Box O  
    Marshall, Texas 75671  
    Telephone: (903) 927-2111  
    Fax: (903) 927-2622  

    **ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

*/s/ Michael E. Jones*  
Michael E. Jones  
E-mail: mikejones@potterminton.com  
POTTER MINTON  
110 N College Avenue, Suite 500  
Tyler, TX 75702  
(903) 597-8311  
(903) 593-0846  

Kenneth R. Adamo  
Texas Bar No. 00846960  
E-mail: kradamo@kirkland.com  
David W. Higer  
E-mail: david.higer@kirkland.com  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, Illinois 60654  
(312) 862-2000 (Telephone)  
(312) 862-2200 (Facsimile)  

Gregory S. Arovas, P.C.  
E-mail: greg.arovas@kirkland.com  
Jennifer M. Selendy  
E-mail: jennifer.selendy@kirkland.com  
Todd M. Friedman  
E-mail: todd.friedman@kirkland.com  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022  
(212) 446-4800 (Telephone)  
(212) 446-4900 (Facsimile)  

Edward C. Donovan  
E-mail: edward.donovan@kirkland.com  
KIRKLAND & ELLIS LLP  
655 Fifteenth Street, N.W.  
Washington, D.C. 20005  
(202) 879-5000 (Telephone)  
(202) 879-5200 (Facsimile)  

Bao Nguyen  
E-mail: bao.nguyen@kirkland.com  
KIRKLAND & ELLIS LLP  
555 California Street  

McKool 961404

San Francisco, California 94104
(415) 439-1400 (Telephone)
(415) 439-1500 (Facsimile)

Ruffin Cordell
Texas State Bar No. 04820550
E-mail: Cordell@fr.com
Michael McKeon
D.C. Bar No. 459780
E-mail: McKeon@fr.com
Indranil Mukerji
MA Bar No. 644059
E-mail: Mukerji@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas M. Melsheimer
Texas State Bar No. 1392250
E-mail: melsheimer@fr.com
Thomas H. Reger II
Texas State Bar No. 24032992
E-mail: reger@fr.com
Robert C. Earle
Texas State Bar No. 24002029
E-mail: earle@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-22091

John S. Goetz
N.Y. State Bar No. 429566
E-mail: Goetz@fr.com
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 641-2277
Facsimile: (212) 258-2291

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3)(A) on January 28, 2014.

>  */s/ Theodore Stevenson, III*
>  Theodore Stevenson, III

McKool 961404